PROB 12B
(7/93)

Report Date: March 14, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 14 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Patrick George    Case Number: 2:01CR00043-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 7/25/2001    Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c); Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

Date Supervision Commenced: 08/23/2011

Original Sentence: Prison - 144 Months; TSR - 48 Months

Date Supervision Expires: 08/22/2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

James George was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. George has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/14/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

Prob 12B
Re: George, James Patrick
March 14, 2011
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

March 14, 2011
Date